[No. 62976-0-I.   Division One.   November 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS WAYNE JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-04052-2, Christopher A. Washington, J., entered January 20, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Lau and Spearman, JJ.

[No. 63978-1-I.   Division One.   November 22, 2010.]

GARY FILION, *Respondent*, v. JULIE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-06353-6, Timothy A. Bradshaw, J., entered July 9, 2009. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 64078-0-I.   Division One.   November 22, 2010.]

JON C. REYNOLDS ET AL., *Respondents*, v. CHRISTOPHER HAMILTON DEAN ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-2-02326-1, Ira Uhrig, J., entered July 31, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Spearman, J.

[No. 64194-8-I.   Division One.   November 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. APRIL DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-04566-4, Andrea A. Darvas, J., entered October 1, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Lau, J.